UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERROD LONZELL HERNDON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA HIGHWAY PATROL,<br><br>　　　　　Defendant. | No. 2:16-cv-0091 CKD P<br><br><br>ORDER |

Plaintiff is a pretrial detainee in the Sacramento County Jail. He has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff alleges that his misdemeanor charge was wrongfully changed to a felony charge based on hearsay evidence. He seeks relief in the form of "expungement," "clemency," and "discharge." (ECF No. 1.)

Claims concerning plaintiff's trial and sentencing are not cognizable under §1983. A habeas corpus petition pursuant to 28 U.S.C. § 2254 is the correct method for a prisoner to challenge the legality or duration of his confinement. Badea v. Cox, 931 F.2d 573, 574 (9th Cir.1991) (quoting Preiser v. Rodriguez, 411 U.S. 475, 485 (1973)); Advisory Committee Notes to Habeas Rule 1, 1976 Adoption.

Thus the undersigned will direct the Clerk of Court to reclassify this case as a habeas action pursuant to 28 U.S.C. § 2254 and order plaintiff to pay the $5.00 filing fee for a habeas action. See 28 U.S.C. §§ 1914(a); 1915(a).

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to reclassify this matter as a habeas action pursuant to 28 U.S.C. § 2254;

2. The Clerk of the Court is directed to send plaintiff/petitioner a copy of the in forma pauperis form used by this district; and

3. Plaintiff/petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee. Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated:  January 25, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / hern0091.101a