UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERROD LONZELL HERDON, | No. 2:16-cv-0091 CKD P |
| Petitioner, | |
| v. | ORDER |
| CALIFORNIA HIGHWAY PATROL, | |
| Respondent. | |

By an order filed January 25, 2016, petitioner was ordered to file an in forma pauperis affidavit or to pay the appropriate filing fee within thirty days, or this action would be dismissed. The thirty day period has now expired, and petitioner has neither filed an in forma pauperis affidavit nor paid the appropriate filing fee.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: March 8, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / hern0091.fpf.hab